# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 MAY 29 PM 4:24

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE SERRANO-GUERRA,<br><br>  Defendant. | CASE NO. 12CR1486-IEG<br><br>  Van<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8USC1326(a) AND (b) - ATTEMPTED REENTRY OF A REMOVED ALIEN

---

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 25, 2012

  *[signature]*
  Nita L. Stormes
  U.S. Magistrate Judge